REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2011 NO 30 PM 12: 49
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | Cause No. |
| | § | [SEALED] INDICTMENT |
| v. | § § § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (B)(1)(B) and 846, Conspiracy to Possess With Intent to Distribute Cocaine; COUNT TWO: 21 U.S.C. § 841(a)(1) & (B)(1)(C), Possession of Cocaine With Intent to Distribute; COUNT THREE: 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime] |
| BRANDON E. WHITLEY | | |

THE GRAND JURY CHARGES:

**DR11CR2196**

COUNT ONE

[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

From on or about September 4, 2011, to on or about November 30, 2011, in the Western District of Texas, Defendants,

BRANDON E. WHITLEY,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with intent to distribute a controlled substance, which offense involved five-hundred (500) grams or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) & (b)(1)(B) and 846.

## COUNT TWO

[21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about September 9, 2011, in the Western District of Texas, Defendant,

BRANDON E. WHITLEY,

did knowingly, intentionally and unlawfully possess with intent to distribute less than twenty-eight (28) grams of a mixture or substance containing a detectable amount of Cocaine Base, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT THREE

[18 U.S.C. § 924(c)(1)(A)]

On or about September 9, 2011, in the Western District of Texas, Defendant,

BRANDON E. WHITLEY,

did knowingly possess a firearm, that is, a Glock model 31 .357 SIG caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute less than twenty-eight (28) grams of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

ROBERT PITMAN
United States Attorney

By: _____
H. JAY HULINGS
Assistant United States Attorney

**DR11CR2196**

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: Maverick       USAO #:

DATE: November 30, 2011    MAG. CT. #: MATTER

AUSA: H. JAY HULINGS

DEFENDANT: BRANDON E. WHITLEY

CITIZENSHIP: United States

INTERPRETER NEEDED: No    Language: English

DEFENSE ATTORNEY: N/A

ADDRESS OF ATTORNEY: N/A

DEFENDANT IS: ___    DATE OF ARREST:

BENCH WARRANT NEEDED:

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SEALED INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to Possess with Intent to Distribute Cocaine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Cocaine; Count 3 - 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Offense.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Count 1: 5 - 40 yrs to life imprisonment, up to $5 million fine, up to 4 years of supervised release, $100 special assessment; Count 2 - Not more than 20 years imprisonment; up to $1,000,000 fine, up to 3 years of supervised release; $100 special assessment; Count 3 - Not less than 5 years imprisonment, up to $250,000 fine, up to 3 years of supervised release, $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above    W/DT-CR-3